IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMILEH IBRAHIM,

    Petitioner,

v.                                                  1:21-cv-00875-KG-LF

ABM GOVERNMENT SERVICES, LLC,

    Respondent.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on an Order to Show Cause issued by the Court on September 8, 2021. (Doc. 3). In the Order to Show Cause, the Court ordered plaintiff to show cause no later than September 15, 2021, why its claims against respondent should not be dismissed without prejudice for lack of jurisdiction. Plaintiff did not respond to the Order to Show Cause, and the deadline for doing so has now passed.

For the reasons explained in the Order to Show Cause, this Court lacks jurisdiction to enforce the subpoenas at issue in the petition. (Doc. 1). The Court, therefore, dismisses this case without prejudice.

_____
UNITED STATES DISTRICT JUDGE